IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

BERQUES RASHAD OWENS,        )
                                     )
      Plaintiff,               )
                                     )
    v.                       )      CV 121-089
                                     )
AARON MITCHELL, Deputy Jailer and  )
RICHARD ROUNDTREE, Sheriff,    )
                                   )
      Defendants.           )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Sheriff Roundtree from this case for failure to state a claim against him upon which relief may be granted. The case shall proceed against Defendant Mitchell as described in the Magistrate Judge's September 24, 2021 Order. (See doc. no. 15.)

SO ORDERED this 21st day of October, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA