IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BERQUES RASHAD OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CV 121-089 |
| ) | |
| AARON MITCHELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Plaintiff's motion to voluntarily dismiss, (doc. no. 33), **DISMISSES** this case without prejudice under the conditions described in the Report and Recommendation, (doc. no. 34, pp. 3-5), **DENIES AS MOOT** Defendant's motion for summary judgment, (doc. no. 31), and **CLOSES** this civil action.

SO ORDERED this ___11th___ day of July, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA